CLARENCE E. BENNETT, Respondent, *v.* SAMUEL PISCITELLO et al., Appellants.

Argued January 13, 1941; decided February 27, 1941.

*John J. Reilly* for appellants.
*William MacFarlane* for respondent.

Judgment affirmed, with costs, on the ground there is no evidence of breach of warranty. No opinion. (See 285 N. Y. 743.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.